```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 43682
   ALPHA ANN ADAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4519


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/24/2004 and was confirmed 01/21/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSEC W/INTER      446.14           34.59          446.14
BALLYS CHICAGO HEALTH CL   UNSEC W/INTER   NOT FILED             .00             .00
CHICAGO MUNICIPAL EMPLOY   UNSEC W/INTER   NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     1757.51          134.20         1757.51
DEVON FINANCIAL SERVICE    UNSEC W/INTER   NOT FILED             .00             .00
J C PENNEY                 UNSEC W/INTER   NOT FILED             .00             .00
LOAN MACHINE               UNSEC W/INTER   NOT FILED             .00             .00
NATIONAL QUIK CASH         UNSEC W/INTER   NOT FILED             .00             .00
PAYDAY ADVANCE CASH TO G   UNSEC W/INTER   NOT FILED             .00             .00
RESURGENT ACQUISITION LL   UNSEC W/INTER     3029.64          231.29         3029.64
US CASH / THE LOAN PLACE   UNSEC W/INTER   NOT FILED             .00             .00
CAVALRY PORTFOLIO SERVIC   UNSEC W/INTER     1648.10          125.83         1648.10
ECAST SETTLEMENT CORP      UNSEC W/INTER      748.23           52.09          748.23
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                             570.38
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                11,478.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  7,629.62
   INTEREST                                  578.00
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         570.38
DEBTOR REFUND                                   .00
                       --------------    --------------
TOTALS                 11,478.00           11,478.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43682 ALPHA ANN ADAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE